

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2014

No. 04-14-00412-CR

Robert **MARTINEZ, JR.,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6698
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

Appellant pled nolo contendre to Driving While Intoxicated-3D/M (Habitual) and was sentenced within the terms of a plea bargain. The trial court's certification of appellant's right to appeal states this "is a plea-bargain case, and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2). After appellant filed his notice of appeal, the court clerk sent copies of the certification and notice of appeal to this court. *See* TEX. R. APP. P. 25.2(e).

Appellant filed a pro se notice of appeal, in which he asserts he intends to appeal from a pretrial order granting his appointed attorney's motion to withdraw. Appellant was later assigned another appointed attorney. The clerk's record contains a written plea bargain agreement, and the punishment assessed did not exceed the punishment recommended by the State and agreed to by the appellant. The clerk's record does not contain any orders ruling on any pre-trial motions.

"In a plea bargain case . . . a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEX. R. APP. P. 25.2(a)(2). This court must dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made a part of the record." TEX. R. APP. P. 25.2(d).

It is therefore ORDERED this appeal will be dismissed pursuant to Texas Rule of Appellate Procedure 25.2(d), unless an amended trial court certification that shows appellant has the right of appeal has been made part of the appellate record by **July 23, 2014**. *See Daniels v. State*, 110 S.W.3d 174 (Tex. App.—San Antonio 2003, order); TEX. R. APP. P. 25.2(d); 37.1.

All other appellate deadlines are SUSPENDED pending our resolution of the certification issue.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2014.

Keith E. Hottle
Clerk of Court